# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE GEORGE SANCHEZ, | **Case No. CV 15-04851 AB (RAO)** |
| Petitioner, | |
| v. | **JUDGMENT** |
| K. HOLLAND, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: February 17, 2017

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE